In re Dew, Peggy H.; Crow, Donald W.; Crow, Dorothy Dearman; Leimbrook, Harvey Ann; Miles, Thomas F.; Miles, Kathleen F.; Goldsberry, Hood; Wilkinson, Jean Whitaker Succ.; Corkran, Michael; Corkran, Cynthia; Tucker, Mildred; Tucker, Charles P., Mrs.; Pesnell, Billy R.; Pesnell, Gloria F.; Jackson, Jeanne B.; — Plaintiffs); applying for supervisory and/or remedial writs; Parish of Caddo, 1st Judicial District Court, Div. “C”, Nos. 379,583, 379,623, 379,636.
Denied.